## EDWARD R. LAMBERT *v.* COMMISSIONER OF CORRECTION
### (AC 31921)

Bishop, Gruendel and Peters, Js.

Argued April 14—officially released May 10, 2011

Per Curiam. The appeal is dismissed.

## ABDUL PEAY *v.* COMMISSIONER OF CORRECTION
### (AC 31750)

Bishop, Beach and Borden, Js.

Argued April 18—officially released May 10, 2011

Per Curiam. The appeal is dismissed.

## ROCKVILLE BANK ET AL. *v.* ZOCCO BUILDERS, LLC, ET AL.
### (AC 31815)

Alvord, Espinosa and Pellegrino, Js.

Submitted on briefs April 20—officially released May 17, 2011

Per Curiam. The judgment is affirmed.